UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
: 
IN RE CBS BROADCASTING INC. and       :     1:23-mc-00080 (ALC) (SDA)
NICHOLAS POSER                                       :
:     **ORDER**
:
-------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

The parties are **ORDERED** to file a joint status report by January 27, 2025 informing the Court as to whether this case may be closed.

**SO ORDERED.**

Dated:    January 13, 2025
              New York, New York

_____
**ANDREW L. CARTER, JR.
United States District Judge**