UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
                                   :

**IN RE CBS BROADCASTING INC. and**  :     **1:23-mc-00080 (ALC) (SDA)**
**NICHOLAS POSER**                   :

                                   :     **ORDER**

                                   :
------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

        It having been reported to the Court that this matter is resolved, it is hereby ORDERED

that the above-captioned action is discontinued without costs and without prejudice to restoring

the action to this Court's calendar if the application to restore the action is made within thirty days.

All deadlines are adjourned *sine die*.

**SO ORDERED.**

**Dated:**    **January 28, 2025**
          **New York, New York**

_____
          **ANDREW L. CARTER, JR.**
          **United States District Judge**